UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDAH HERZEL HENKIN, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:18-cv-01273-RCL |

**STATUS REPORT**

COME NOW the Plaintiffs, by and through counsel, and in accordance with this Court's Minute Order of May 19, 2020, hereby provide this Status Report to the Court:

1. This matter is brought by the parents and siblings of Eitam Simon Henkin who was murdered on October 1, 2015 in a terrorist attack committed by HAMAS, a designated Foreign Terror Organization.  At the time of the acts alleged, and at all other times relevant hereto, Eitam Simon Henkin was a citizen of the United States. Plaintiffs have sued the Islamic Republic of Iran and the Syrian Arab Republic for its material support and sponsorship of HAMAS pursuant to 28 U.S.C. §1605A.

2. The Plaintiffs have served the Defendants, and the Clerk of Court has entered default against both Defendants; *to wit*, the Islamic Republic of Iran and the Syrian Arab Republic. (D.E. 18 and 19).

3. Plaintiffs are now in the process of gathering the necessary evidence and declarations for filing with the Court as attachments to a Motion for Entry of Default Judgment in order to enable the Court to review and make its findings of fact and law with regard

1

to the allegations that (1) Hamas, a designated FTO, committed the terrorist attack at issue in this litigation; and (2) the Islamic Republic of Iran, a State Sponsor of Terror, provided material support to Hamas during the time frame of this attack which furthered Hamas' ability to carry out the attack which killed Eitam Simon Henkin and also proximately caused Plaintiffs' injuries in this action; and (3) the Syrian Arab Republic, a State Sponsor of Terror, provided material support to Hamas during the time frame of this specific attack which furthered Hamas' ability to carry out the attack which killed Eitan Simon Henkin and also proximately caused Plaintiffs' injuries in this action;

4. Plaintiffs have been diligently working on gathering records and information to detail their damages, including their personal injuries, emotional injuries and economic loss in order to enable the Court to consider and award appropriate solatium and other damages to the Plaintiffs. These include but are not limited to documents[1] which show proof of familial relationships, medical records, photographs, financial records and reports from treating physicians and therapists and/or expert reports which detail their injuries, losses and damages.

5. Some of these efforts have been complicated and delayed due to closures or limited business availability related to the ongoing COVID-19 pandemic. As a result, obtaining certain records have been difficult to obtain or requests have been delayed in being processed.

6. As the Court has previously indicated that, when possible, it prefers to rule on liability and damages against all Defendants in one comprehensive motion, Plaintiffs have been working to complete the necessary Declarations and evidence gathering so

---

[1] Some of the documentation requires translation.

that a single motion addressing both the liability of the Defendants and the Plaintiffs entitlement to damage awards may be filed with the Court.

7. Plaintiffs request ninety (90) days, or until September 17, 2020 to file their motion for default judgment as to liability and damages as against each of the Defendants.

8. Should the Plaintiffs encounter further delays in obtaining the necessary documentation they will promptly advise the Court.

Dated:  June 18, 2020                    Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
1146 19th Street, 5th Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By:   /s/ *Tracy Reichman Kalik*
      Tracy Reichman Kalik (No. 462055)