UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
HENKIN, et al.                     )
                                   )
            Plaintiffs,            )
                                   )
        v.                         )    Civil Action No. 1:18-cv-01273-RCL
                                   )
ISLAMIC REPUBLIC OF IRAN, et al.   )
                                   )
            Defendants.            )
_____)

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO ALL DEFENDANTS

COME NOW the Plaintiffs, by and through their undersigned counsel, and respectfully move the Court to enter Default Judgment on behalf of the Plaintiffs, Rabbi Judah Herzel Henkin, Anne Chana Henkin, Aderet Rivka Henkin, Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, and Taama Freida (Henkin) Yaakovson (hereafter collectively "Plaintiffs") commensurate with the liability and damages evidence presented herein pursuant to the private cause of action found in 28 U.S.C. § 1605A(c) and as presented in the Memorandum Of Law with Points and Authorities In Support Of Plaintiffs' Motion For Default Judgment As To All Defendants filed contemporaneously herewith.

August 27, 2020                    Respectfully Submitted,

                                   /s/ Tracy Reichman Kalik
                                   Tracy Reichman Kalik (Bar No. 462055)
                                   Richard D. Heideman (No. 377462)
                                   Noel J. Nudelman (No. 449969)
                                   HEIDEMAN NUDELMAN & KALIK, PC
                                   1146 19th Street NW
                                   Fifth Floor
                                   Washington, DC 2008
                                   Telephone: 202.463.1818
                                   Facsimile: 202.463.2999