UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF JUDAH HERZEL HENKIN, *et al.*,

    *Plaintiffs*,

v.

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

    *Defendants*.

Case No. 1: 18-cv-1273-RCL

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this date, it is hereby,

**ORDERED** that final judgment is entered in favor of all plaintiffs and against defendants;

It is further **ORDERED** that plaintiffs are awarded $22,500,000 in compensatory damages and $67,500,000 in punitive damages, for a total award of $90,000,000 to be distributed as follows in accordance with the Special Master's recommendation: the Estate of Rabbi Judah Herzel Henkin and Anne Chana Henkin each be awarded Five Million Dollars ($5,000,000), and that Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Eliashir Elijah Henkin, Aderet Rivka Henkin Stern, and Taama Freida Henkin Yaakovson each receive Two Million Five Hundred Thousand Dollars ($2,500,000) in damages for loss of solatium. Punitive damages are awarded in the amount equal to three times each plaintiff's compensatory damages award.

| Plaintiff | Solatium | Punitive |
|---|---|---|
| Estate of Rabbi Judah Herzel Henkin | $5,000,000 | $15,000,000 |
| Anne Chana Henkin | $5,000,000 | $15,000,000 |
| Jacob Bechor-Shalom Henkin | $2,500,000 | $7,500,000 |
| Joseph Gil Henkin | $2,500,000 | $7,500,000 |

| | | |
|---|---|---|
| Eliashir Elijah Henkin | $2,500,000 | $7,500,000 |
| Aderet Rivka Henkin Stern | $2,500,000 | $7,500,000 |
| Taama Freida Henkin Yaakovson | $2,500,000 | $7,500,000 |
| TOTAL | $22,500,000 | $67,500,000 |

It is furthermore,

**ORDERED** that defendants shall be liable for the entire amount; it is further,

**ORDERED** that plaintiffs shall forthwith, at their own expense and consistent with the requirements of 28 U.S.C. § 1608(e), send to defendants a copy of this Order and Judgment as well as the Memorandum Opinion issued this date.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

SIGNED this ____5th____ day of May, 2023.

Royce C. Lamberth
United States District Judge